No. P67/368.—Banning Shirt Corp. *v.* United States, protest 65/22213 (Los Angeles).

FORD, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 30, 1967

No. P67/369.—Root's *v.* United States, protest 66/76227 (New York)

RICHARDSON, J.  In accordance with stipulation of counsel that the principles involved herein are similar in all material respects to those the subject of *United States* v. *Washington State Liquor Control Board* (34 CCPA 118, C.A.D. 352), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 31, 1967

No. P67/370.—Carson M. Simon & Company *v.* United States, protests 320842–K, etc. (Philadelphia).

No. P67/371.—Morris Friedman *v.* United States, protests 321749–K, etc. (Philadelphia).

No. P67/372.—Morris Friedman et al. *v.* United States, protests 59/29762, etc. (Philadelphia).

No. P67/373.—Morris Friedman v. United States, protests 59/29788, etc. (Philadelphia).

No. P67/374.—Rice Bayersdorfer Co. et al. *v.* United States, protests 61/19191, etc. (Philadelphia).

BECKWORTH, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bags or baskets in chief value of rush similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiffs was sustained.